■ Martin C. Kaplan, Appellant, v Robert P. Ludwig et al., Respondents. [730 NYS2d 765] —Order and Judgment unanimously modified on the law and as modified affirmed with costs to plaintiff in accordance with the following Memorandum: Plaintiff commenced this small claims action seeking damages for defendants' alleged multiple violations of Federal and State law governing the activities of telemarketers and other makers of unsolicited business calls (*see,* 47 USC § 227; 47 CFR 64.1200; General Business Law § 399-p [3]). Town Court dismissed the claim, and, upon plaintiff's appeal, County Court modified the judgment of Town Court by awarding plaintiff $50 in presumed damages for a violation of General Business Law § 399-p.

We modify the order of County Court and the judgment of Town Court by awarding plaintiff, as against both defendants, judgment in the principal sum of $550, plus interest commencing from March 21, 2000, together with costs and disbursements. Plaintiff established a violation of both the Federal statute and regulations and the State statute (*see,* 47 USC § 227 [b] [1] [B]; [2] [B]; 47 CFR 64.1200 [e] [2] [i],[iv]; General Business Law § 399-p [3] [a]). (Appeal from Order of Wayne County Court, Parenti, J.— Small Claims.) Present— Green, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.